IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOUNDEXCHANGE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ACCURADIO, LLC,<br><br>    Defendant. | Case No. _____ |

**PLAINTIFF SOUNDEXCHANGE, INC.'S
MOTION FOR ENTRY OF PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff SoundExchange, Inc. ("SoundExchange" or "Plaintiff") seeks entry of a preliminary injunction (i) enjoining Defendant AccuRadio, LLC ("AccuRadio" or "Defendant") from engaging in wrongful conduct and continuing to deprive SoundExchange of statutorily required royalty payments; and/or (ii) providing SoundExchange reasonably adequate protection in the form of advance monthly payment on account of Defendant's estimated usage of the statutory licenses and digital transmissions of sound recordings. A Memorandum of Law in Support is filed concurrently with this Motion.

(*Signatures on following page*)

- 2 -

Dated: July 19, 2024.  Respectfully submitted,

**THOMPSON HINE LLP**

*/s/ Micah Fishman*
Ryan Blackney
Illinois Bar No. 6281642
Micah Fishman
Illinois Bar No. 6338965
20 North Clark Street, Suite 3200
Chicago, Illinois 60602
Telephone: 312-998-4240
Facsimile: 312-998-4245
*ryan.blackney@thompsonhine.com*
*micah.fishman@thompsonhine.com*

-and-

Sean A. Gordon
*Pro Hac Vice* Motion Pending
Two Alliance Center, Suite 1600
3560 Lenox Road
Atlanta, Georgia 30326
Telephone: 404-541-2900
Facsimile: 404-541-2905
*sean.gordon@thompsonhine.com*

*Attorneys for Plaintiff SoundExchange, Inc.*