

# Notice of Use of Sound Recordings under Statutory License

**United States Copyright Office**

LICENSING DIVISION
JUN 30 2004
RECEIVED

In accordance with 37 CFR 270.1, the transmission service named below hereby files with the Library of Congress, Copyright Office, a notice stating the service's intention to use the statutory license under sections 112(e) or 114(d)(2), or both, of title 17 of the *United States Code*, as amended by Public Law 104-39, 109 Stat. 336, and Public Law 105-304, 112 Stat. 2860.

Please enclose a check or money order for the $20 nonrefundable filing fee, payable to "Register of Copyrights". Mail to:

*Copyright Arbitration Royalty Panel*
*ATTN: Licensing Division*
*P.O. Box 70977*
*Southwest Station*
*Washington, D.C. 20024-0400*

**Check, if applicable:**
☐ Amended filing

Please type or print the requested information for each item. If this is an amended filing, please indicate which item contains new information by checking the new information box to the left of that item.

**New Information**

☐ 1 Name of service: ~~ACCURATE.COM~~ AccuRadio 60610

☐ 2 Mailing address: 119 W. HUBBARD, SUITE 4E, CHICAGO, IL ~~60611~~

NOTE: *A post office box is acceptable if it is the only address that can be used in that geographic location.*

☐ 3 Telephone no.: 312-527-3879

☐ 4 Fax no.: 312-527-4041

☐ 5 Website address of service: http:// WWW.ACCURADIO.COM

NOTE: *Information must be provided on how to gain access to the online website or home page of the service, or where information may be posted under the regulations concerning the use of sound recordings.*

☐ 6 Nature of license and category of service: (Check all that apply)

   a *Statutory license for digital transmissions, 17 U.S.C. § 114(d)(2)*
   ☐ Preexisting subscription service     ☒ Eligible non-subscription transmission service
   ☐ Preexisting satellite digital audio radio service   ☐ New subscription service

   b *Statutory license for making ephemeral phonorecords, 17 U.S.C. § 112(e)*
   ☐ Preexisting subscription service     ☒ Eligible non-subscription transmission service
   ☐ Preexisting satellite digital audio radio service   ☐ New subscription service
   ☐ A business establishment making ephemeral phonorecords in furtherance of an exempt digital transmission pursuant to 17 U.S.C. § 114(d)(1)(C)(iv)

☐ 7 Date or expected date of

   a *Initial digital transmission of a sound recording*: ~~APPROX 2004~~ ~6/25/2001

   b *Initial use of the section 112(e) license for the purpose of making ephemeral recordings of sound recordings*: ~~APPROX 2004~~ ~6/25/2001

☐ 8 Officer or authorized representative of service

   a Name: KURT HANSON
   b Title: PRESIDENT
   c Date: 6/25/04
   d Signature: [signed]
   e Email address: KURTHANSON@ACCURADIO.COM

NOTE: *The date of filing will be the date when the notice and fee are both received in the Copyright Office.*

☒ CODE 21
☐ CODE 23
Amt. $20.00
Initials: KH

M-269—01/2004



141034871